**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Micael Yeman Mulugeta, ) | No. CV 12-1191-PHX-RCB (MEA) |
| Plaintiff, ) | **O R D E R** |
| vs. ) | |
| Maricopa County Sheriff's Office, et al., ) | |
| Defendants. ) | |

Plaintiff Micael Yeman Mulugeta, who was formerly confined in the Maricopa County Fourth Avenue Jail, filed a pro se civil rights Complaint pursuant to 42 U.S.C. § 1983 and an Application to Proceed *In Forma Pauperis*. On July 24, 2012, Plaintiff filed a Notice of Change of Address (Doc. 6) indicating he is no longer in custody. On July 30, 2012, the Court issued an Order to Show Cause requiring Plaintiff to either pay the filing fee or show good cause why he cannot pay. The Court gave Plaintiff 30 days to respond to the Order to Show Cause and explicitly warned Plaintiff that failure to respond would result in dismissal of this action.

On August 1, 2012, Plaintiff filed a "Motion to Admit Evidence" (Doc. 8). Plaintiff has not responded to the Order to Show Cause or paid the filing fee. The Court will therefore dismiss this action and deny as moot the Motion to Admit Evidence.

. . .

Case 2:12-cv-01191-RCB--MEA   Document 9   Filed 10/05/12   Page 2 of 2

**IT IS ORDERED:**

(1) This action is **dismissed without prejudice** for failure to comply with a Court order. The Clerk of Court must enter judgment and close the case.

(2) Plaintiff's August 1, 2012 Motion to Admit Evidence (Doc. 8) is **denied as moot**.

DATED this 5th day of October, 2012.

_____
Robert C. Broomfield
Senior United States District Judge

- 2 -